NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1016

DEERE & COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

BOURDEAU BROTHERS, INC., OK ENTERPRISES,
and SUNOVA IMPLEMENT CO.,

Intervenors.

On appeal from the United States International Trade Commission
in Investigation No. 337-TA-487.

ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

Upon consideration of the appellee's motion for an extension of time to file its brief, and the intervenors' motion for an extension of time to file their brief,

IT IS ORDERED THAT:

The motions are granted. The briefs are due July 8, 2009.

FOR THE COURT

**MAY 2 9 2009**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

Jan Horbaly
CLERK

cc:    Bassam N. Ibrahim, Esq.
       Mark B. Rees, Esq.
       David P. Miranda, Esq.

s8